722 A.2d 515

IN THE MATTER OF DANIEL D. RICHARDS,
AN ATTORNEY AT LAW.

January 12, 1999.

## ORDER

**DANIEL D. RICHARDS** of **FAR HILLS,** who was admitted to the bar of this State in 1963, having pleaded guilty to the first six counts of a federal superseding indictment charging him with six counts of embezzlement from an organization receiving federal benefits, in violation of 18 *U.S.C.A.* 666(a)(1)(A), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DANIEL D. RICHARDS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DANIEL D. RICHARDS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **DANIEL D. RICH-ARDS,** pursuant to *Rule* 1:21–6, shall be restrained from disbursement exception upon application to this Court, for good cause shown, and it is further

ORDERED that **DANIEL D. RICHARDS** comply with *Rule* 1:20–20 dealing with suspended attorneys.